#### 21255. ARONIN *et al. v.* MOONEY.

HEAD, Presiding Justice. The sole exception in the present case is to the grant of an interlocutory injunction. The judgment complained of is supported by the evidence and therefore is not erroneous.

*Judgment affirmed. All the Justices concur.*

SUBMITTED JUNE 13, 1961—DECIDED JULY 6, 1961.

*Marvin O'Neal, Jr.,* for plaintiffs in error.
*Kyle Yancey, Robert L. Mitchell,* contra.